**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

**J.H. LANE PARTNERS MASTER FUND, L.P.**

**Plaintiff,**

**v.**

**ALTISOURCE PORTFOLIO SOLUTIONS S.A., WILLIAM B. SHEPRO, and MICHELLE D. ESTERMAN**

**Defendants.**

**Civil Action No.: 1:26-cv-01970**

**Hon. Loretta A. Preska**

**~~[PROPOSED~~] ORDER REGARDING MEDIATION REFERRAL AND STAY OF DEFENDANTS' DEADLINE TO RESPOND TO THE COMPLAINT**

The Court has considered the parties' joint letter requesting referral of this case to a Magistrate Judge for mediation and for a stay of Defendants' deadline to respond to the Complaint (Dkt. 4), pending completion of the contemplated mediation. For good cause, the request is **GRANTED**. The Court will refer this case to Magistrate Judge Parker for mediation, and the Court further orders that Defendants' deadline to respond to the Complaint is **STAYED** pending completion of the mediation. The parties shall notify the Court of the outcome of the contemplated mediation within seven (7) days of its conclusion, and should the case not resolve in a settlement, the parties shall provide a proposed deadline for Defendants to respond to the Complaint.

SO ORDERED this 6th day of July, 2026.

Loretta A. Preska

Hon. Loretta A. Preska
UNITED STATES DISTRICT JUDGE