ALSTON & BIRD

90 Park Avenue
New York, NY, 10016-1387
212-210-9400 | Fax: 212-210-9444

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/17/2026

**Tim Fitzmaurice** Direct Dial: **404-881-4640** Email: **tim.fitzmaurice@alston.com**

September 17, 2026

**APPLICATION GRANTED:** The Settlement Conference scheduled for 11/09/2026 is hereby adjourned sine die.

APPLICATION GRANTED

Katharine H Parker

Hon. Katharine H. Parker, U.S.M.J.
09/17/2026

**VIA ECF**

The Honorable Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: *J.H. Lane Partners Master Fund, L.P. v. Altisource Portfolio Solutions S.A. et al.*, No. 1:26-cv-01970-LAP (S.D.N.Y.) – Joint Request to Cancel Settlement Conference**

Dear Magistrate Judge Parker:

We write jointly on behalf of Plaintiff J.H. Lane Partners Master Fund, L.P. and Defendants Altisource Portfolio Solutions S.A., William B. Shepro, and Michelle D. Esterman in the above-captioned matter to respectfully request that the Court cancel the settlement conference currently scheduled for November 9, 2026.

Following the Court's referral of this matter to Your Honor for settlement, the parties engaged in frank and good-faith discussions regarding a potential resolution of this matter, and the parties have determined that settlement is not achievable at this time and that further settlement discussions would not be productive.

Accordingly, the parties respectfully request that the Court cancel the November 9, 2026 settlement conference because the parties wish to proceed with the litigation of this matter.

Following the cancellation of the settlement conference, the parties will promptly submit a proposed briefing schedule for Defendants' anticipated motion to dismiss, for the Court's approval.

Respectfully submitted,

**ABRAHAM ESQ. PLLC**

*/s/ Joshua E. Abraham*
Joshua E. Abraham, Esq.
1185 Avenue of the Americas
22nd Floor
New York, NY 10036
Telephone: (646) 245-6710
josh@abrahamesq.com

**POSNER LAW PLLC**

*/s/ Gabriel Posner*
Gabriel Posner, Esq.
50 Main Street, Suite 1000
White Plains, NY 10606
Telephone: (914) 517-3532
gabe@posner.law

*Counsel for Plaintiff*

**ALSTON & BIRD**

*/s/ Timothy J. Fitzmaurice*
Elizabeth Gingold Clark, Esq.
Timothy J. Fitzmaurice, Esq.
90 Park Avenue
New York, NY 10016
Telephone: (212) 210-9400
elizabeth.clark@alston.com
tim.fitzmaurice@alston.com

*Counsel for Defendants*