**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **J.H. LANE PARTNERS MASTER FUND, L.P.**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**ALTISOURCE PORTFOLIO SOLUTIONS S.A., WILLIAM B. SHEPRO, and MICHELLE D. ESTERMAN**<br><br>**Defendants.** | **Civil Action No.: 1:26-cv-01970**<br><br>**Hon. Loretta A. Preska** |

**ORDER REGARDING LIFT OF STAY AND MOTION TO DISMISS**
**BRIEFING SCHEDULE**

The Court, having considered the parties' joint letter request to lift the stay of Defendants' deadline to respond to the Complaint and to set a briefing schedule for Defendants' anticipated motion to dismiss, and finding good cause therefor, hereby **GRANTS** the request. The stay of Defendants' deadline to respond to the Complaint entered in the Court's July 6, 2026 Order (Dkt. 17) is hereby **LIFTED**.

The Court further **ORDERS** the following briefing schedule for Defendants' Motion to Dismiss the Complaint:

1. Defendants' opening brief shall be filed on or before October 26, 2026;
2. Plaintiff's opposition brief shall be filed on or before November 25, 2026; and
3. Defendants' reply brief shall be filed on or before December 18, 2026.

SO ORDERED this 18th day of September, 2026.

Hon. Loretta A. Preska
UNITED STATES DISTRICT JUDGE